■        In the Matter of MAXWELL GROSSBARD, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Application to

apply for stay denied, without costs, upon the ground the time for permission to appeal to the Court of Appeals has expired.